LEO SCHUMER et al., Copartners Doing Business under the Name of SCHUMER & STRAUSS, Appellants, v. FORTWAY HOMES, INC., Respondent.—

Hagarty, Johnston, Taylor and Lewis, JJ., concur; Close, P. J., concurs in the result. Settle order on notice within ten days from the date of this decision.